IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARIUS J. WILLIAMS,     : | |
|    Petitioner          : | |
|                                : | No. 1:21-cv-231 |
| v.                          : | |
|                                : | (Judge Rambo) |
| SCOTT FINLEY,        : | |
|    Respondent         : | |

## ORDER

**AND NOW**, on this 21st day of September 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ Sylvia H. Rambo
                                              United States District Judge